UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA                  CASE NO. 22-cr-00133-01

VERSUS                                    JUDGE ELIZABETH E. FOOTE

EMMANUEL R BLACK (01)                     MAGISTRATE JUDGE HORNSBY

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered,

and the parties having waived their objections thereto;

It is hereby ordered, adjudged, and decreed that Defendant's guilty plea is accepted,

and the court hereby adjudges Defendant guilty of the offense charged in Count One of the

Superseding Indictment.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 26th day of

February, 2025.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE